**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.3**
**Eastern Division**

Thomas Catenacci, et al.
                    Plaintiff,

v.                                                 Case No.: 1:21−cv−02852
                                                 Honorable John Z. Lee

Lori Lightfoot
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, November 30, 2021:

      MINUTE entry before the Honorable John Z. Lee: In light of the parties' disputes surrounding the ongoing jurisdictional discovery, and because briefing has been stayed since the Court's order on 8/20/21 [33], the Court strikes Defendants#039; pending motion to dismiss [26] without prejudice. Defendant may refile the motion after the pending discovery disputes have been resolved. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.